THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Derick Tyrone
 Blake, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2011-UP-054
Submitted January 4, 2011  Filed February
 10, 2011    
APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Kevin Scott Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM: Derick
 Tyrone Blake appeals his convictions for distribution of crack-cocaine and
 distribution of crack-cocaine within proximity of a park, and his corresponding
 concurrent fifteen-year sentences.  Blake's counsel argues the trial court
 erred in allowing the State to question Blake in violation of their
 attorney-client privilege and in denying Blake's directed verdict motion. 
 Blake filed a pro se brief alleging prosecutorial misconduct, due process
 violations, and lack of subject matter jurisdiction.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
THOMAS, PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.